# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Great West Casualty Company, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| | ) Case No.: 1:16-cv-387 |
| XTO Energy, Inc., Wildcat Trucking, LLC, Charles Branch, and Brian Groover, | ) |
| Defendants. | ) |

On May 22, 2017, the parties filed a "Stipulation to Amend Complaint for Declaratory Judgment." The court **ADOPTS** the stipulation (Docket No. 29). Plaintiff shall file its Amended Complaint by June 23, 2017.

**IT IS SO ORDERED.**

Dated this 16th day of June, 2017.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court